IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )   CR 4-91-01 |
| | ) |
| ARLANDO CHEPEL CROWE, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this _2d_ day of _May_, 2007, upon

Granting the Government's Rule 35 (b) motion;

IT IS HEREBY ORDERED that the sentence imposed on February 2, 2006 in the above captioned cases shall be amended to reflect a **total term of imprisonment of 100 months with credit for anytime served.**

In addition, it is recommended that the defendant be incarcerated some place other than FCI McKean but as close to Cleveland, OH as possible.

In all other respects, the sentence stands as originally imposed.

_Donetta W. Ambrose_
Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record
      US Marshal
      US Probation
      Bureau of Prison